**FILED**

DEC **6 -** 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                               DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of                            )
Substitution of Counsel,                    )
                                            )
                                            )        **ORDER**
JENNIFER L. COON,                            )
                                            )
_____                )

    **IT IS HEREBY ORDERED** that Jennifer L. Coon, 110 West C Street, Suite 2108, San Diego, CA

92101, be substituted as appointed counsel in the stead of and following her departure from Federal

Defenders of San Diego, Inc., in the attached list of cases, effective as of December 1, 2010.

    **SO ORDERED.**

DATE: _12/1/10_

**HON. IRMA E. GONZALEZ**
United States District Chief Judge

1

**Cases Transferred from Federal Defeneders of San Diego, Inc.
To Jennifer L. Coon, Esq. As of December 1, 2010**

## CASE NAME AND CRIMINILAL  NO.

## NEXT COURT DATE - FOR

United States v. Diane Alcobia
    10CR0709-IEG

December 13, 2010 at 9 a.m. for
sentencing before the Hon.
Irma E. Gonzalez

United States v. Ramon Angulo-Ramirez
    10cr4504-LAB

December 7, 2001 at 1:30 p.m. for
COP before the Hon. Anthony J.
Battaglia

United States v. Jose Arreola-Reyes
    10CR4533-LAB

January 10, 2011 at 2 p.m. for
sentencing before Hon. Larry A.
Burns

United States v. Tomas Beltran-Hernandez
    10CR4407-JM

December 3, 2010 at 11 a.m. for
MH/TS before the Hon. Jeffrey
T. Miller

United States v. Alan Blancarte-Salas
    10CR3747-MMA

January 31, 2011 at 9 a.m. for
sentencing  before Hon. Michael M.
Anello

United States v. Luis Boites-Zarate
    10MJ3435-BLM

December 17, 2010 at 11 a.m. for
MH/TS before Hon. Dana M.
Sabraw

United States v. Myra Brambila-Arcinega
    10MJ3625-CAB

December 2, 2010 at 9:30 a.m. for
PH2 before Hon. Cathy Ann
Bencivengo

United States v. Gilberto Castaneda-Lopez
    10MJ3782-NLS

December 16, 2010 at 9:30 a.m. for
PH2 before Hon. Nita L. Stormes

United States v. Carlos Chavarria-Trasvina
    10CR3848-MMA

January 18, 2011 at 9 a.m. for
sentencing before Hon. Michael
M. Anello

1

United States v. Francisco Contreras-Torres
09CR3119-H

December 17, 2010 at 9 a.m. for sentencing before Hon. Marilyn L. Huff

United States v. Sergio Corral-Villegas
10CR4535-LAB

December 7, 2010 at 3 p.m. for COP before Hon. Anthony J. Battaglia

United States v. David Cortez-Cuevas
10CR1912-BEN

January 18, 2011 at 9 a.m. for sentencing before Hon. Roger T. Benitez

United States v. Christopher Cutcliff
07CR2570-BTM
08CR1676-BTM

December 14, 2010 at 2 p.m. for OSC Status before Hon. William V. Gallo

United States v. Christopher Cutcliff
10CR2832-W

January 18, 2011 at 9 a.m. for sentencing before Hon. Thomas J. Whelan

United States v. Jose Delgado
10MJ9368-PCL

December 6, 2010 at 1:30 p.m. for PH2 before Hon. Peter C. Lewis

United States v. Nelson Diaz
10CR03912-W

December 27, 2010 at 9 a.m. for sentencing before Hon. Thomas J. Whelan

United States v. Marco Antonio Duran-Meza
10CR2505-MMA

December 13, 2010 at 9 a.m. for sentencing before Hon. Michael M. Anello

United States v. Jose Rene Espinoza-Meza
10CR4475-H

December 2, 2010 at 9 a.m. for COP before Hon. Barbara L. Major

United States v. Jose Rene Espinoza-Meza
10CR0347-JLS

December 14, 2010 at 9:30 a.m. for OSC status before Hon. Cathy Ann Bencivengo

United States v. Arsenio Garcia-Cruz
10CR3997-LAB

January 10, 2011 at 9 a.m. for sentencing before Hon. Larry A. Burns

2

United States v. Jose Gastelum-Parra
      10CR4532-GT

December 17, 2010 at 9 a.m. for COP before Hon. Gordon Thompson Jr.

United States v. Gomez-Higuera
      10CR1346-L

December 13, 2010 at 8:30 a.m. for sentencing before Hon. M. James Lorenz

United States v. Jorge Gomez-Ramirez
      10MJ3597-CAB

December 7, 2010 at 9:30 a.m. for PH2 before Hon. Cathy Ann Bencivengo

United States v. Javier Angel Gonzalez
      10MJ3651-CAB

December 2, 2010 at 9:30 a.m. for PH2 before Hon. Cathy Ann Bencivengo

United States v. Miguel Gonzalez-Hernandez
      10MJ3769-NLS

December 2, 2010 at 9:30 a.m. for PH1 before Hon. Nita L. Stormes

United States v. Maria Esperanza Guzman-Plata
      10CR3761-JAH

January 21, 2011 at 8:30 a.m. for sentencing before Hon. John A. Houston

United States v. Jose Manuel Jaime
      10CR4506-BTM

December 9, 2010 2:30 p.m. for COP before Hon. Jan M. Adler

United States v. Roger T. Jones
      10CR2420-BEN

January 18, 2011 at 9 a.m. for sentencing before Hon. Roger T. Benitez

United States v. Gary Kasl
      10MJ3757-NLS

December 2, 2010 at 9:30 a.m. for PH1 before Hon. Nita L. Stormes

United States v. Roberto Leyva-Franco
      10CR4512-IEG

December 9, 2010 at 2:30 p.m. for COP before Hon. Jan M. Adler

United States v. Manuel Lopez-Barreras
      10CR4506-W

December 6, 2010 at 9 a.m. for COP before Hon. Thomas J. Whelan

United States v. Jose Magana-Artiaga
      10MJ9402-PCL

December 1, 2010 at 10 a.m. for PH1 before Hon. Peter C. Lewis

United States v. Saul Valle-Flores
    10CR4429-H

December 2, 2010 at 9 a.m. for COP
before Hon. Barbara L. Major

United States v. Victor Medina-Cisneros
    10CR4531-GT

December 17, 2010 at 9 a.m. for
COP before Hon. Gordon Thompson
Jr.

United States v. Marielena Mendez
    10CR4731-LAB

Outstanding bench warrant

United States v. Sergio Mendez
    10CR4478-H

December 2, 2010 at 9 a.m. for COP
before Hon. Barbara L. Major

United States v. Francisco Mondragon-Rodriguez
    10CR2281-JLS

December 3, 2010 at 1:30 p.m.
for MH/TS before Hon. Janis L.
Sammartino

United States v. Filiberto Muniz-Ramirez
    10MJ9400-PCL

December 1, 2010 at 10:30a.m. for
PH1 before Hon. Peter C. Lewis

United States v. Felipe de Jesus Nunez-Hernandez
    10CR2913-IEG

January 3, 2011 at 9 a.m. for
sentencing before Hon. Irma E.
Gonzalez

United States v. Ismael Ordorica-Ramirez
    10MJ9391-PCL

November 30, 2010 at 1:30 p.m. for
PH1 before Hon. Peter C. Lewis

United States v. Jose Ruben Otero-Diaz
    10MJ3751-MLS

December 16, 2010 at 9:30 a.m. for
COP before Hon. Nita L. Stormes

United States v. Maria Norma Padilla
    10MJ9338-PCL

December 7, 2010 at 1:30 p.m. for
PH2 before Hon. Peter C. Lewis

United States v. Diego Jose Peralta-Lopez
    10CR4709-MMA

December 8, 2010 at 10 a.m. for
COP before Hon. Ruben B. Brooks

United States v. Jose Lardi Perez
    10CR4500-BEN

December 7, 2010 at 1:30 p.m. for
COP before Hon. Anthony J.
Battaglia

United States v. Ana Maria Perez-Gonzalez
    10MJ9351-PCL

December 1, 2010 at 10 a.m. for
PH2 before Hon. Peter C. Lewis

4

United States v. Daniel Perez-Mejia
10MJ3729-NLS-02

December 14, 2010 at 9:30 a.m. for
PH1 before Hon. Nita L. Stormes

United States v. Yoshio Pineda-Aguirre
10MJ9370-PCL

December 6, 2010 at 1:30 p.m. for
PH1 before Hon. Peter C. Lewis

United States v. Thomas Alberto Pompa
10CR3515-GT

January 5, 2011 at 9:30 a.m. for
sentencing before Hon. Gordon
Thompson Jr.

United States v. Miguel Quintero-Leyva
10CR3864-LAB

December 20, 2010 at 9:30 a.m. for
sentencing before Hon. Larry A.
Burns

United States v. Tomas Ramirez-Cruz
10CR2629-DMS

January 14, 2011 at 9 a.m. for
sentencing before Hon. Dana M.
Sabraw

United States v. Alejandro Ramirez-Gonzalez
10MJ3747-NLS

December 16, 2010 at 9:30 a.m. for
PH2 before Hon. Nita L. Stormes

United States v. Juan Ramirez
10CR4730-DMS

December 14, 2010 at 9 a.m. for PH2
before Hon. Nita L. Stormes

United States v. Jaime Rivera-Ramos
10CR3957-DMS

December 3, 2010 at 9 a.m. for
sentencing before Hon. Dana M.
Sabraw

United States v. Juan Rodriguez-Morales
10CR4408-JLS

January 14, 2011 at 1:30 p.m. for
MH/TS before Hon. Janis L.
Sammartino

United States v. Fernando Rodriguez-Padilla
10MJ9377-PCL

November 30, 2010 at 1:30 p.m. for
PH1 before Hon. Peter C. Lewis

United States v. Dania Rojas
10CR4296-BEN

January 14, 2011 at 2:00 p.m. for
MH/TS before Hon. Roger T.
Benitez

United States v. Eduardo Sotelo
10CR3933-DMS

January 14, 2011 at 11 a.m. for
MH/TS before Hon. Dana
M. Sabraw

5

| | |
|---|---|
| <u>United States v. Javier Torres German</u><br>10CR4547-BTM | January 7, 2011 at 11 a.m. for MH/T S before Hon. Barry T. Moskowitz |
| <u>United States v. Jose Torres-Sanchez</u><br>10MJ3587-AJB | November 30, 2010 at 1:30 p.m. for PH1 before Hon. Anthony J. Battaglia |
| <u>United States v. Elvia Tovar-Carmona</u><br>10CR2521-H | December 2, 2010 at 9 a.m. for sentencing before Hon. Marilyn L. Huff |
| <u>United States v. Lorena Trujillo-Perez</u><br>10CR4483-BTM | December 2, 2010 at 9 a.m. for COP before Hon. Barbara L. Major |
| <u>United States v. Isahias Cervantes Vega</u><br>10MJ3749-AJB | December 7, 2010 at 1:30 p.m. for PH1 before Hon. Anthony J. Battaglia |
| <u>United States v. Rene Velazquez-Cortez</u><br>10MJ3671-CAB | December 7, 2010 at 9:30 a.m. for PH1 before Hon. Cathy Ann Bencivengo |
| <u>United States v. Roberto Velasquez-Jimenez</u><br>10MJ9376-PCL | November 30, 2010 at 1:30 p.m. for PH1 before Hon. Peter C. Lewis |